COM.

v.

**PALMER, S.**

**517 EDA 2017**

Superior Court of Pennsylvania.

08/18/2017

Reargument Denied 10/18/2017

CP–51–CR–1204301–2000 (Philadelphia)

Affirmed

COM.

v.

**SMITH, S.**

**977 MDA 2016**

Superior Court of Pennsylvania.

08/18/2017

Reargument Denied 9/18/2017

CP–22–CR–0003032–2013
(Dauphin)

Affirmed

COM.

v.

**JOHNSON, A.**

**2083 MDA 2016**

Superior Court of Pennsylvania.

08/18/2017

CP–67–CR–0007270–2011
(York)

Affirmed—Application to Withdraw as Counsel Granted

**GRANVILLE, A., II**

v.

**GRANVILLE, H.**

**10 MDA 2017**

Superior Court of Pennsylvania.

08/18/2017

2013–FC–41196
(Lackawanna)

Affirmed